## Commonwealth *v.* Delker, Appellant.

Submitted December 6, 1974. *John J. Thomas* and *Joseph R. Reisinger,* Assist-

ant Public Defenders, for appellant; *Patrick J. Toole, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.